# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 14-cr-65 |
| | ) | |
| JOSEPH MILES, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## ORDER

No objection to the Report and Recommendation of Magistrate Judge G. Michael Harvey having been filed, it is hereby **ADOPTED**.

Early termination of defendant's probation is **DENIED**. Defendant shall serve the remainder of his term of probabtion until it expires on June 19, 2019.

It is **SO ORDERED**.

SIGNED this 10th day of April, 2019.

_____
Royce C. Lamberth
United States District Judge